NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Anthony Griggs,<br><br>Plaintiff,<br><br>v.<br><br>Corizon Health Incorporated, et al.,<br><br>Defendants. | No. CV-18-01244-PHX-SRB (CDB)<br><br>**ORDER** |

Plaintiff filed his Complaint and Motion for Leave to Proceed *in Forma Pauperis* on April 23, 2018. On July 1, 2019 the Magistrate Judge issued her Report and Recommendation recommending that Defendants Musson, McKamey and Stehle and Plaintiff's claims against these Defendant be dismissed without prejudice for Plaintiff's failure to timely effect service on process on these Defendants. Plaintiff was mailed a copy of the Report and Recommendation on July 1, 2019. On July 23, 2019 Plaintiff filed a Notice of Change of Address and on July 29, 2019 another copy of the Report and Recommendation was mailed to Plaintiff at the address list in his Notice of Change of Address. In her Report and Recommendation, the Magistrate Judge advised the parties that they had fourteen days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has expired and no objections to the Report and Recommendation have been filed.

The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

**IT IS ORDERED** adopting the Report and Recommendation of the Magistrate Judge as the order of this Court. (Doc. 61)

**IT IS FURTHER ORDERED** dismissing Defendants Matthew Musson, Arline McKamey and S. Stehle and Plaintiff's claims against these Defendants without prejudice.

Dated this 26th day of August, 2019.

*Susan R. Bolton*
Susan R. Bolton
United States District Judge